Greg R. Arnove
Texas Bar No. 00783562
COLLINS & ARNOVE
555 REPUBLIC DRIVE, SUITE 200
PLANO, TEXAS 75074
(972) 379-9250 PHONE
(972) 516-4256 FAX
arnovelaw@gmail.com

Attorney for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| IN RE: | Case No. 19-42479 |
|---|---|
| MISTY M HUFFMAN, | Chapter 13 |
| Debtor(s) | |

**DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY WITH REQUEST FOR WAIVER OF 30 DAY HEARING REQUIREMENT**

COMES NOW Debtor MISTY M HUFFMAN and files this Debtor's Objection to MOTION FOR RELIEF FROM THE AUTOMATIC STAY WITH REQUEST FOR WAIVER OF 30 DAY HEARING REQUIREMENT, and in support hereof, would show the Court the following:

1. The Debtor denies the allegations in paragraphs 4-6 of the Motion.

2. The Debtor admits the allegations in paragraphs 1 through 3 of the Motion.

3. The Debtor is unable to admit or deny the remainder of the allegations of the Motion.

4. The Debtor contends that adequate protection exists and delinquencies will be caught up in a reasonable time.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests this Court strike and/or deny MOTION FOR RELIEF FROM THE AUTOMATIC STAY WITH REQUEST FOR WAIVER OF 30 DAY HEARING REQUIREMENT, and grant such other and further relief to which the Debtor may show herself to be justly entitled.

Respectfully submitted,

/s/ Greg R. Arnove
Greg R. Arnove
Texas Bar No. 00783562
COLLINS & ARNOVE
555 REPUBLIC DRIVE, SUITE 200
PLANO, TEXAS 75074
(972) 379-9250 PHONE
(972) 516-4256 FAX
arnovelaw@gmail.com

ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on the following parties through the court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class mail, postage pre-paid this the 3rd day of January, 2020.

/s/ Greg R. Arnove
Greg R. Arnove

Chapter 13 Trustee
PO Box 941166
Plano, TX 75094-1166

Travis H. Gray
Jack O'Boyle & Associates
PO Box 815369
Dallas, TX 75381

Lisa Large Cockrell
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541